IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-00863-PAB-CBS

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

ALFRED VON METZGER,
CATHERINE VON METZGER.
CRAIG EARHART,
HOLLY EARHART,
DAVID LATHAM,
ANNE LATHAM,
GEOFF BIDDULPH,
TAPANI LAINE,
PAULA LAINE,
DAVID FRASER, and
JANET FRASER,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Protective Order, doc #[33] is **GRANTED**. The Protective Order, doc #[33-1] is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    August 20, 2010